LOUIS GALLOPIN, Respondent, v. INTERNATIONAL COMMITTEE OF BANKERS ON MEXICO and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with

leave to the defendants-appellants to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.